**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMBER BARHAM,<br><br>      Plaintiff,<br><br>      v.<br><br>MAXIUMS EDUCATION LLC D/B/A AIDVANTAGE; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendants. | Case No. 8:25-cv-01347-FWS-JDE<br><br>**ORDER RE STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES [35]** |

Having reviewed and considered the Stipulation to Continue Trial and Pre-Trial Deadlines [35] ("Stipulation") and the information contained therein, the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, in its discretion, the court **ORDERS** the court's September 26, 2025,

1

Case 8:25-cv-01347-FWS-JDE   Document 36   Filed 05/26/26   Page 2 of 4   Page ID #:268

Scheduling Order [27] **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial<br>**Tuesday at 8:00 a.m.** | *First Day:*<br>*3/23/2027* |
| Parties' Estimated Trial Length | **2-3 days** |
| Pretrial Conference & Hearing on Motions in Limine<br>**Thursday at 8:30 a.m.** | *2/25/2027* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties<br>**Thursday** | **12/4/2025**[2] |
| Non-Expert Discovery Cut-Off | *9/4/2026* |
| Expert Disclosure (Initial) | *9/18/2026* |
| Expert Disclosure (Rebuttal) | *10/1/2026* |
| Expert Discovery Cut-Off | *10/16/2026* |
| Last Date to **Hear** Motions<br>**Thursday at 10:00 a.m.**<br>• Motion for Summary Judgment (due at least 6 weeks before hearing)<br>• All other motions (due at least 4 weeks before hearing)<br>• Opposition (due 2 weeks after Motion is filed)<br>• Reply (due 1 week after Opposition is filed) | *12/10/2026* |

[1] This Order is now the Operative Scheduling Order in this case.  Also, to the extent this Order does not encompass a request made in the Stipulation, the court, based on the state of the record, as applied to the applicable law, and within its discretion, has denied and/or modified that request, or added an event. *See Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar.").

[2] The court notes that the Stipulation requests to have the Last Date to Hear Motion to Amend Pleadings /Add Parties extended to March 4, 2027, the same day as the date for the new Pretrial Conference Hearing date.  (Stipulation at 3.)  The court finds insufficient good cause for this request and **DENIES** the request.

| | |
|---|---|
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>[x]  1. Magistrate Judge<br>[ ]  2. Court's Mediation Panel<br>[ ]  3. Private Mediation | *12/30/2026* |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert Motions with Proposed Orders[3]*<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | *1/14/2027* |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• *Oppositions to Daubert Motions[4]*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• *Objections and Counter Deposition Designation(s)* | *1/21/2027* |

---

[3] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.

[4] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine.  (*See* Dkt. 28 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").)  In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.

| • *Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s)* | *1/28/2027* |

 

**IT IS SO ORDERED**.

Dated: May 26, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR