**KAZEROUNI LAW GROUP, APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Amber Barham

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMBER BARHAM,**<br><br>                    Plaintiff,<br><br>        vs.<br><br><br>**MAXIUMS EDUCATION LLC D/B/A AIDVANTAGE; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,**<br><br>                    Defendants. | Case No.: 8:25-cv-1347-FWS-JDE<br><br>**STIPULATION TO DISMISS ACTION AS TO EXPERIAN INFORMATION SOLUTIONS, INC ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br><br>**HON. FRED W. SLAUGHTER** |

///

///

///

- 1 -
STIPULATION TO DISMISS DEFENDANT EXPERIAN

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Amber Barham ("Plaintiff") and Defendant Experian Information Solutions, Inc ("Defendant") (together the "Parties") by and through their attorneys of record, hereby jointly stipulate to dismiss Plaintiff's claims against only Defendant Experian Information Solutions, Inc. with prejudice. Each Party shall bear its own attorneys' fees and costs related to this action.

Dated: June 29, 2026                          **KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce, Esq.*
David J. McGlothlin, Esq.
Mona Amini, Esq.
Gustavo Ponce, Esq.
*Attorneys for Plaintiff*

Dated: June 29, 2026,          **EXPERIAN INFORMATION SOLUTIONS, INC.**

By: */s/ Angela Taylor*
*Angela Taylor*
*Attorneys for Experian*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned filer hereby attests that all of the other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: June 29, 2026                          **KAZEROUNI LAW GROUP, AP**

By: */s/ Gustavo Ponce*
Gustavo Ponce, Esq.

STIPULATION TO DISMISS DEFENDANT EXPERIAN

**PROOF OF SERVICE**

I am over the age of eighteen years, and not a party to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626.   On June 29, 2026, I served the herein described document(s):

- **STIPULATION TO DISSMISS ACTION AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.   The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on June 29, 2026 at Las Vegas, Nevada.

By: *s/ Gustavo Ponce*
Gustavo Ponce, Esq.

STIPULATION TO DISMISS DEFENDANT EXPERIAN