**NOTE: CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| AMBER BARHAM,<br><br>Plaintiff,<br><br>v.<br><br>MAXIUMS EDUCATION LLC D/B/A AIDVANTAGE; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 8:25-cv-01347-FWS-JDE<br><br>**ORDER RE STIPULATION TO DISMISS ACTION AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) [37]** |

**ORDER**

Having reviewed and considered the Stipulation to Dismiss Action as to Experian Information Solutions, Inc. Only pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [37] ("Stipulation"), between Plaintiff Amber Barham ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") (together the

1

"Parties"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

Experian is **DISMISSED WITH PREJUDICE** from the above-captioned case, and Plaintiff and Experian shall bear their own attorneys' fees and costs related to the above-captioned case.

**IT IS SO ORDERED**.

Dated:  June 30, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2