**NOTE: CHANGES MADE BY COURT**

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

AMBER BARHAM,

Plaintiff,

v.

MAXIUMS EDUCATION LLC D/B/A AIDVANTAGE; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES, LLC,

Defendants.

Case No. 8:25-cv-01347-FWS-JDE

**ORDER APPROVING STIPULATION TO DISMISS CASE PURSUANT TO FED. R. CIV. P. 41(a) [39]**

Having reviewed and considered the Stipulation to Dismiss Case pursuant to Fed. R. Civ. P. 41(a), (Dkt. 39 (“Stipulation”)), Plaintiff Amber Barham (“Plaintiff”) and Defendant Maximus Education LLC. (“Defendant Maximus”), by and through his counsel of record, the files and records of the case, the applicable

law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

1. The above-captioned case, including all claims asserted by Plaintiff against Defendant Maximus, is **DISMISSED WITH PREJUDICE** in its entirety; and,[1]

2. Plaintiff and Defendant Maximus shall bear her or his own attorneys' fees and costs incurred in connection with the above-captioned case.

**IT IS SO ORDERED.**

Dated: September 10, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

[1] The court previously dismissed with prejudice from this case: (1) Defendant Experian Information Solutions, Inc. (Dkt. 38, ("Experian Dismissal")); and (2) Defendant Trans Union LLC (Dkt. 34 ("Trans Union Dismissal")). The Experian Dismissal and Trans Union Dismissal are each incorporated into this Order by this reference.